### Milton Brown, Appellee, v. Royal Casualty Company of St. Louis, Missouri, Appellant.

#### (Not to be reported in full.)

Appeal from the County Court of Alexander county; the Hon. WILLIAM S. DEWEY, Judge, presiding. Heard in this court at the March term, 1913. Affirmed. Opinion filed October 9, 1913.

### Statement of the Case.

Action by Milton Brown against Royalty Casualty Company of St. Louis, Missouri, to recover on an insurance policy payable to plaintiff as beneficiary. Default judgment for two hundred and five dollars was entered against defendant for want of appearance. From an order of court overruling defendants' motion to set aside the default and to grant a hearing on the merits, defendant appeals.

HARRY HOOD, for appellant.

M. J. O'SHEA, for appellee.

MR. JUSTICE HIGBEE delivered the opinion of the court.

### Abstract of the Decision.

1. JUDGMENT, § 150*—*grounds for setting aside default.* Motion to set aside a default judgment properly overruled where the application fails to show what steps were taken by the defendant in the case, and also omits to state he has a meritorious defense to the action and makes no showing of the same.

2. JUDGMENT, § 132*—*discretion of court in setting aside default.* An application to set aside a default is addressed to the sound legal discretion of the court.

3. JUDGMENT, § 132*—*when denial of leave to file amended affidavit to set aside default not an abuse of discretion.* Denial of motion for leave to file an amended affidavit in support of a motion to set aside a default and to supply affidavits of merits, *held* not an abuse of trial court's discretion.